■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DARRIN RICE, Appellant. [612 NYS2d 906] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Cohen, J.), rendered February 4, 1991, convicting him of burglary in the second degree, grand larceny in the third degree, and criminal mischief in the fourth degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that the evidence was legally insufficient to establish his guilt is unpreserved for appellate review *(see, People v Udzinski,* 146 AD2d 245). In any event, viewing the evidence in the light most favorable to the prosecution *(see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict was not against the weight of the evidence *(see,* CPL 470.15 [5]).

The defendant's remaining contention is unpreserved for appellate review *(see,* CPL 470.05 [2]; *People v Rogelio,* 79 NY2d 843; *People v Allen,* 177 AD2d 700) and, in any event, without merit. Sullivan, J. P., Santucci, Goldstein and Florio, JJ., concur.